THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Argued April 10, 1946; decided May 29, 1946.

*August Zolotorofe* and *Vincent Mummiani,* in person, for appellant.

*Nathaniel L. Goldstein, Attorney-General (Charles F. Steele, Orrin G. Judd, Wendell P. Brown, Patrick H. Clune* and *George A. Radz* of counsel), for respondent.

Order affirmed; no opinion.  [See 296 N. Y. 630.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.